IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN WASSERMAN, derivatively on behalf of CONSTELLATION BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER BALDWIN , CHRISTY CLARK, JENNIFER DANIELS, NICHOLAS FINK, JOSÉ MANUEL MADERO GARZA, WILLIAM GILES, GARTH HANKINSON, ERNESTO HERNÁNDEZ, DANIEL MCCARTHY, WILLIAM NEWLANDS, RICHARD SANDS, ROBERT SANDS, JUDY A. SCHMELING, AND LUCA ZARAMELLA, <br>　　　　　　　　　　Defendants, <br><br> and <br><br> CONSTELLATION BRANDS, INC., <br><br>　　　　　　　　Nominal Defendant. | C.A. No.:　1:25-cv-00779-JLH |

**NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise of any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Plaintiff respectfully submits that notice to the stockholders pursuant to Fed. R. Civ. P. 23.1(c) is unnecessary because no answer or motion for summary judgment has been filed; neither Plaintiff nor his counsel have received or been promised any consideration in exchange for the dismissal; there has been no settlement or compromise of any claims; and the rights of the Company and stockholders will not be adversely affected, nor prejudiced by the dismissal of the Action.

Dated: August 8, 2025

Respectfully submitted,

**DELEEUW LAW LLC**

By: *P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, DE 19807
Tel: (302) 274-2180
brad@deleeuwlaw.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Marion C. Passmore
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
fortunato@bespc.com
passmore@bespc.com

*Counsel for Plaintiff Arlin Wasserman*

IT IS SO ORDERED.

SIGNED this 14th day of  August , 2025.

_____
Hon. Jennifer L. Hall
United States District Judge